**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**FARTIMA HAWKINS**

**VERSUS**

**SEAN FOWLER AND STATE FARM
AUTOMOBILE INSURANCE COMPANY
AND THE UNITED STATES OF AMERICA**

**CIVIL ACTION**

**NO. 09-639-JJB-CN**

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written recommendations within fourteen (14) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, December 28, 2011.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FARTIMA HAWKINS** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 09-639-JJB-CN** |
| **SEAN FOWLER AND STATE FARM AUTOMOBILE INSURANCE COMPANY AND THE UNITED STATES OF AMERICA** | |

**MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

Plaintiff filed this suit August 12, 2009. Summons were issued August 13, 2009 to defendants Sean Fowler, State Farm, and United States. On August 26, 2009, defendant State Farm filed it's answer, and on October 15, 2009, defendant United States filed its answer. Plaintiff however has never filed proof into the record that defendant Sean Fowler has been served and Mr. Fowler has never filed an answer. The only reference to Mr. Fowler are two notices of depositions (Dkt. Nos. 6 and 8). While the case has been progressing between plaintiff and the other defendants, no other activity pertaining to defendant Fowler is indicated on the docket.

No proof of service has been filed in the record as of December 28, 2011, as to defendant Sean Fowler. Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 120 days after the complaint is filed, the court, on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specific time.

In the present case, 120 days from the date the complaint was filed was December 10, 2009. Therefore, it is recommended that this case be dismissed without prejudice against Sean Fowler, for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

Signed in chambers in Baton Rouge, Louisiana, December 28, 2011.

**MAGISTRATE JUDGE CHRISTINE NOLAND**