UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FARTIMA HAWKINS

VERSUS

SEAN FOWLER AND STATE FARM
AUTOMOBILE INSURANCE COMPANY
AND THE UNITED STATES OF AMERICA

CIVIL ACTION

NO. 09-639-JJB-CN

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 28, 2011 (doc. no. 48) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this case is DISMISSED without prejudice against Sean Fowler, for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

Baton Rouge, Louisiana, January 26, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA